Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−10010−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Annette Rentas
   aka Annette Rentas Vazquez, aka Annette
   Vazquez
   3055 Stevens St
   Camden, NJ 08105

Social Security No.:
   xxx−xx−9175

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 16, 2023.


Dated: March 16, 2023
JAN:

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10010-JNP |
| Annette Rentas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 16, 2023 | Form ID: plncf13 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annette Rentas, 3055 Stevens St, Camden, NJ 08105-2340 |
| 519803335 | | ADS/Comenity/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 519803336 | | American Water, 1 Water St, Camden, NJ 08102-1658 |
| 519803340 | + | Capital One/WMT, PO Box 182789, Columbus, OH 43218-2789 |
| 519803341 | | Envision Physician Services, 1a Burton Hills Blvd, Nashville, TN 37215-6187 |
| 519803343 | + | First Federal Credit Union, 24700 Chagrin Blvd Ste 205, Beachwood, OH 44122-5662 |
| 519803347 | + | Lourdes Imaging, PO Box 31037, Newark, NJ 07101-0130 |
| 519803348 | | Macy's/Citi bank, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519803350 | | Midland Mortgage, 1101 N Rockwell Ave, Oklahoma City, OK 73127 |
| 519817416 | + | New Jersey American Water, PO Box 2798, Camden, NJ 08101-2700 |
| 519803354 | + | Romny Rentas, 3057 Stevens St, Camden, NJ 08105-2340 |
| 519803355 | | Sunrun, 717 17th St, Denver, CO 80202-3330 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 16 2023 21:11:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 16 2023 21:11:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519803337 | + | Email/Text: g20956@att.com | Mar 16 2023 21:11:00 | AT & T, P O Box 10330, Fort Wayne, IN 46851-0330 |
| 519803338 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2023 21:17:13 | Capital One, Po Box 31293, Salt Lake Cty, UT 84131-0293 |
| 519803339 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 16 2023 21:17:16 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519806169 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 16 2023 21:17:05 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519831664 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 16 2023 21:17:15 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519834064 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 16 2023 21:17:08 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519838050 | | Email/Text: bnc-quantum@quantum3group.com | Mar 16 2023 21:11:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519855275 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2023 21:16:58 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519811295 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 16 2023 21:17:08 | Directv, LLC, by American InfoSource as agent, |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519803342 | | Email/Text: bknotice@ercbpo.com | Mar 16 2023 21:11:00 | ERC, Po Box 57610, Jacksonville, FL 32241-7610 |
| 519803344 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 16 2023 21:12:00 | Genesis FS Card Services, Po Box 84049, Columbus, GA 31908-4049 |
| 519803345 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2023 21:17:18 | Home Depot Credit Services, Po Box 70600, Philadelphia, PA 19176-0600 |
| 519803346 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 16 2023 21:10:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519803349 | + | Email/Text: bknotices@mbandw.com | Mar 16 2023 21:11:00 | McCarthy Burgess and Wolff, 26000 Cannon Rd, Bedford, OH 44146-1807 |
| 519835164 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 16 2023 21:17:03 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519803351 | ^ | MEBN | Mar 16 2023 21:06:49 | PSE & G, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 519852798 | | Email/Text: bnc-quantum@quantum3group.com | Mar 16 2023 21:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519803352 | | Email/Text: ngisupport@radiusgs.com | Mar 16 2023 21:11:00 | Radius Global Solutions, LLC, 7831 Glenroy Rd # 250a, Minneapolis, MN 55439-3132 |
| 519803353 | | Email/Text: Bankruptcy.Consumer@dish.com | Mar 16 2023 21:11:00 | Receivable Performance MGT LLC, 20818 44th Ave W Ste 140, Lynnwood, WA 98036-7709 |
| 519831389 | + | Email/Text: bncmail@w-legal.com | Mar 16 2023 21:11:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519803357 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2023 21:17:08 | THD/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519803356 | | Email/Text: bncmail@w-legal.com | Mar 16 2023 21:11:00 | Target Card Services, Po Box 660170, Dallas, TX 75266-0170 |
| 519861571 | + | Email/Text: bankruptcy@bbandt.com | Mar 16 2023 21:11:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Mail Code 306-40-06-10, Richmond, VA 23286-0001 |
| 519803358 | + | Email/Text: bankruptcy@bbandt.com | Mar 16 2023 21:11:00 | Truist Bank, 580223, Charlotte, NC 28258-0001 |
| 519805385 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 16 2023 21:17:13 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519803359 | | Email/Text: BAN5620@UCBINC.COM | Mar 16 2023 21:10:00 | United Collection Bureau Inc., 5620 Southwyck Blvd, Toledo, OH 43614-1501 |
| 519851948 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 16 2023 21:17:17 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519803360 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 16 2023 21:10:00 | Verizon Wireless, Po Box 408, Newark, NJ 07101-0408 |
| 519803361 | | Email/Text: documentfiling@lciinc.com | Mar 16 2023 21:10:00 | xfinity, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2838 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 16, 2023 | Form ID: plncf13 | Total Noticed: 43 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric J Clayman | on behalf of Debtor Annette Rentas Eric@Clayman-Law.com  CLAYMANLAWLLC@jubileebk.net |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4