Printed on: 01/02/2024
ANDREW B. FINBERG [*ICB-99001-00*]



**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
**Case Number: 23-10010 (JNP)**

Monthly Payment: $290.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

Annette Rentas
3055 Stevens Street
Camden, NJ 08105

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/07/2023 | $290.00 | 03/07/2023 | $290.00 | 04/06/2023 | $290.00 | 05/09/2023 | $290.00 |
| 06/06/2023 | $290.00 | 07/11/2023 | $290.00 | 08/08/2023 | $290.00 | 09/07/2023 | $290.00 |
| 10/10/2023 | $290.00 | 11/08/2023 | $290.00 | 12/06/2023 | $290.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ANNETTE RENTAS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ERIC J. CLAYMAN, ESQUIRE | 13 | $3,998.00 | $2,621.60 | $1,376.40 | $2,621.60 |
| 1 | QUANTUM3 GROUP, LLC | 33 | $1,284.79 | $0.00 | $1,284.79 | $0.00 |
| 2 | AT & T | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN WATER | 33 | $64.29 | $0.00 | $64.29 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $340.08 | $0.00 | $340.08 | $0.00 |
| 5 | CAPITAL ONE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE, N.A. | 33 | $681.51 | $0.00 | $681.51 | $0.00 |
| 7 | ERC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ENVISION PHYSICIAN SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | FIRST FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | GENESIS FS CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | KOHLS/CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LOURDES IMAGING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CITIBANK, N.A. | 33 | $595.71 | $0.00 | $595.71 | $0.00 |
| 15 | MCCARTHY BURGESS AND WOLFF | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MIDFIRST BANK | 24 | $383.11 | $0.00 | $383.11 | $0.00 |
| 17 | PSE & G | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | RADIUS GLOBAL SOLUTIONS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | RECEIVABLE PERFORMANCE MGT LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ROMNY RENTAS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SUNRUN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | CITIBANK, N.A. | 33 | $724.78 | $0.00 | $724.78 | $0.00 |
| 23 | TD BANK USA, N.A. | 33 | $626.62 | $0.00 | $626.62 | $0.00 |
| 24 | TRUIST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | UNITED COLLECTION BUREAU INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | VERIZON BY AMERICAN INFOSOURCE | 33 | $2,696.10 | $0.00 | $2,696.10 | $0.00 |
| 28 | XFINITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | ERIC J. CLAYMAN, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | DIRECTV, LLC | 33 | $595.33 | $0.00 | $595.33 | $0.00 |
| 33 | VERIZON BY AMERICAN INFOSOURCE | 33 | $117.92 | $0.00 | $117.92 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2023 | 60.00 | $290.00 |
| 02/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,190.00 |
| Total paid to creditors this period: | $2,621.60 |
| Undistributed Funds on Hand: | $262.16 |
| Arrearages: | $290.00 |
| Attorney: | ERIC J. CLAYMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**