UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

***OFFICE OF THE CHAPTER 13 STANDING
TRUSTEE***
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

In Re:

      Annette Rentas**,**

                Debtor(s).'

Case No. 23-10010    JNP

Judge:    Jerrold N. Poslusny

**STIPULATION ADJUSTING
TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1.     Debtor's case be and is hereby allowed to continue at $10,150.00 total receipts applied to plan, then $290.00 for the remaining twenty-three (23) months commencing March 1, 2026, for a total of sixty (60) months.

2.     If applicable, an amended Order to Employer to Pay the Trustee shall be prepared and filed with the Court by debtor(s) or debtor(s)' attorney, if any, or in the alternative, debtor shall submit all future plan payments via TFS Bill Pay within thirty (30) days from the date of this Stipulation.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on March 15, 2023 remain in effect.

/s/Eric J Clayman

Eric J. Clayman, Esquire,
Attorney for Debtor

Dated:   02/11/2026

/s/   *Andrew B. Finberg*

Andrew B. Finberg,
Chapter 13 Standing Trustee

Dated:        February 11, 2026

*Stipulation is valid only if executed by all parties and filed by the Chapter 13 Standing Trustee. The executed Stipulation **must be returned within ten (10) days** from the date listed, or the Trustee will file a Motion to Dismiss with the Court.*